IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

JANICE QUINLAN and DOUGLAS QUINLAN, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

CITIGROUP GLOBAL MARKETS, INC., a New York corporation, a/k/a SMITH BARNEY CITIGROUP, MARK A. SINGER, an individual, FONDREN INTERNATIONAL, INC., a Nevada corporation, SUMMERFIELD, L.L.C., a Michigan company, MIKOCEM, LLC, a Nevada Limited Liability Company QUEST MINERALS AND EXPLORATION, INC., an Oklahoma corporation, CHRISTINE M. HEISEY, an individual, ERMA L. HUCKSTEP, an individual, and CRAIG R. BUSH, an individual, jointly and severally,

    Defendants

Case No. 2:07-cv-10448

Hon. Sean F. Cox
Magistrate: Donald A. Scheer

**SUBSTITUTION OF ATTORNEYS**

___

**J. THOMPSON & ASSOCIATES PLC**
JASON J. THOMPSON (P47184)
26000 W. 12 Mile Rd
Southfield, MI 48348
(248) 436-8448
*Plaintiffs counsel*
jthompson@jta-law.com

**VANDEVEER GARZIA, P.C.**
DANIEL P. STEELE (P34295)
1450 W Long Lake Rd., Suite 100
Troy, MI 48098
(248) 312-2800
*Plaintiffs counsel*
Dsteele@vgpclaw.com

___

## SUBSTITUTION OF ATTORNEYS

TO:    CLERK OF THE COURT

    Please enter the appearance of Wexler Toriseva Wallace LLP, by Edward A. Wallace, as attorneys for the plaintiffs, JANICE QUINLAN and DOUGLAS QUINLAN, individually and on behalf of all others similarly situated, in the place and stead of Jason J. Thompson of J. Thompson & Associates, PLC, in the above-captioned matter.

                                  By:    s/Edward A. Wallace
                                         Edward A. Wallace
                                         Wexler Toriseva Wallace LLP
                                         One North LaSalle Street, Suite 2000
                                         Chicago, IL 60602
                                         Tel: 312-346-2222
                                         EAW@wtwlaw.com

Dated: March 7, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

JANICE QUINLAN and DOUGLAS QUINLAN, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

CITIGROUP GLOBAL MARKETS, INC., a New York corporation, a/k/a SMITH BARNEY CITIGROUP, MARK A. SINGER, an individual, FONDREN INTERNATIONAL, INC., a Nevada corporation, SUMMERFIELD, L.L.C., a Michigan company, MIKOCEM, LLC, a Nevada Limited Liability Company QUEST MINERALS AND EXPLORATION, INC., an Oklahoma corporation, CHRISTINE M. HEISEY, an individual, ERMA L. HUCKSTEP, an individual, and CRAIG R. BUSH, an individual, jointly and severally,

    Defendants

Case No.  2:07-cv-10448

Hon.  Sean F. Cox
Magistrate:  Donald A. Scheer

**CONSENT OF SUBSTITUTION**

_____

| **J. THOMPSON & ASSOCIATES PLC**<br>JASON J. THOMPSON (P47184)<br>26000 W. 12 Mile Rd<br>Southfield, MI 48348<br>(248) 436-8448<br>*Plaintiffs counsel*<br>jthompson@jta-law.com | **VANDEVEER GARZIA, P.C.**<br>DANIEL P. STEELE (P34295)<br>1450 W Long Lake Rd., Suite 100<br>Troy, MI  48098<br>(248) 312-2800<br>*Plaintiffs counsel*<br>Dsteele@vgpclaw.com |

_____

## **CONSENT OF SUBSTITUTION**

    I, hereby, consent to the substitution of Wexler Toriseva Wallace LLP, by Edward A. Wallace, in my place and stead as attorneys for the plaintiffs, JANICE QUINLAN and DOUGLAS QUINLAN, individually and on behalf of all others similarly situated.

                                  By:    s/with consent of Jason J. Thompson
                                          Jason J. Thompson
                                          J. Thompson & Associates PLC
                                          26000 W. 12 Mile Road
                                          Southfield, MI  48034
                                          Tel:  248-436-8448
                                          jthompson@jta-law.com

Dated:  March 7, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

JANICE QUINLAN and DOUGLAS QUINLAN, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

CITIGROUP GLOBAL MARKETS, INC., a New York corporation, a/k/a SMITH BARNEY CITIGROUP, MARK A. SINGER, an individual, FONDREN INTERNATIONAL, INC., a Nevada corporation, SUMMERFIELD, L.L.C., a Michigan company, MIKOCEM, LLC, a Nevada Limited Liability Company QUEST MINERALS AND EXPLORATION, INC., an Oklahoma corporation, CHRISTINE M. HEISEY, an individual, ERMA L. HUCKSTEP, an individual, and CRAIG R. BUSH, an individual, jointly and severally,

    Defendants

Case No. 2:07-cv-10448

Hon. Sean F. Cox
Magistrate: Donald A. Scheer

**ORDER OF SUBSTITUTION OF ATTORNEYS**

___

| **J. THOMPSON & ASSOCIATES PLC** | **VANDEVEER GARZIA, P.C.** |
|---|---|
| JASON J. THOMPSON (P47184) | DANIEL P. STEELE (P34295) |
| 26000 W. 12 Mile Rd | 1450 W Long Lake Rd., Suite 100 |
| Southfield, MI 48348 | Troy, MI 48098 |
| (248) 436-8448 | (248) 312-2800 |
| *Plaintiffs counsel* | *Plaintiffs counsel* |
| jthompson@jta-law.com | Dsteele@vgpclaw.com |

___

## ORDER OF SUBSTITUTION OF ATTORNEYS

    At a session of said Court, held in the City of Detroit, County of Wayne, State of Michigan on: March 19, 2007

    PRESENT: HON.   Sean F. Cox
                      United States District Court Judge

    Upon reading and filing of the foregoing Substitution of Attorneys, Appearance and Consent, and the Court being fully advised in the premises,

    IT IS HEREBY ORDERED that Edward A. Wallace of Wexler Toriseva Wallace LLP, be substituted as attorneys for plaintiffs, JANICE QUINLAN and DOUGLAS QUINLAN, individually and on behalf of all others similarly situated, in the place and stead of Jason J. Thompson of J. Thompson & Associates PLC.

                                        s/ Sean F. Cox
                                        United States District Court Judge